Name        *Illya Konnoff, A*
Street Address  *207 North St.*
City and County  *Woodland*
State and Zip Code  *CA, 95695*
Telephone Number  *530-204-8482*



FILED
NOV 17 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

*Illya Konnoff, Alexander Konnoff*
*Sergi Kosmikova, Yuri Shcarapad*
*Elena Putina*

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

*News Corp. Time-Warner, Democratic*
*National Committee, U.S. Government*
*Barrack Obama, Environmental Protection*
*Agency*

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _2 1 7 - CV - 2 4 2 6 GEB GGH PS_

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes  ☐ No
*(check one)*

I.    The Parties to This Complaint

   A.    The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint.  Attach
   additional pages if needed.

   | | |
   |---|---|
   | Name | Konnoff, Illya , A |
   | Street Address | 207 North St. |
   | City and County | Woodland, Yolo |
   | State and Zip Code | CA, 95565 |
   | Telephone Number | 530-204-8483 |

   B.    The Defendant(s)

   Provide the information below for each defendant named in the complaint,
   whether the defendant is an individual, a government agency, an organization, or
   a corporation.  For an individual defendant, include the person's job or title (if
   known).  Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | News Corp |
   | Job or Title (if known) | David Pitofsky General Counsel |
   | Street Address | 1211 Avenue of the Americas |
   | City and County | New York  New York |
   | State and Zip Code | New York |
   | Telephone Number | 212 416 3400 |

   Defendant No. 2

   | | |
   |---|---|
   | Name | Time Werner Inc. |
   | Job or Title (if known) | Paul Cappuccio |
   | Street Address | One Time Warner Center |
   | City and County | New York   New York |
   | State and Zip Code | NY 10009 - 8016 |
   | Telephone Number | 212-484-8000 |

I. **The Parties to This Complaint**

    A.    **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

            Name            Alexander Konnoff

            Street Address      207 North St.

            City and County    Woodland, Yolo

            State and Zip Code    CA      95695

            Telephone Number    530 204 8483

    B.    **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

        Defendant No. 3

            Name           Democratic National Committee

            Job or Title
            (if known)

            Street Address     430 South Capitol Street Southeast

            City and County    Washington, DC, Alexandria

            State and Zip Code   District of Columbia, 20003

            Telephone Number   202 863-8000

        Defendant No. 4

            Name           Barack Obama

            Job or Title
            (if known)

            Street Address     P.O. Box 9100

            City and County    Washington, DC, Alexandria

            State and Zip Code   District of Columbia, 20066

            Telephone Number   202 204 1235

Defendant No. *5*

| | |
|---|---|
| Name | Stacey Mitchell |
| Job or Title (if known) | Enviromental Protection Agency |
| Street Address | 75 Hawthorne Street |
| City and County | San Francisco, San Francisco |
| State and Zip Code | California, 94105 |
| Telephone Number | (866) EPA-West |

Defendant No. *6*

| | |
|---|---|
| Name | Brian Stretch US Attorney's Office |
| Job or Title (if known) | Heritage Bank Building |
| Street Address | 150 Almaden Blvd. Suite 900 |
| City and County | San Jose, Santa Clara |
| State and Zip Code | California 95113 |
| Telephone Number | 408 535 5061 |

## II.   Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

☑ Federal question              ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.   **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Constitutionality of Statutes of limitations Stealing, posting spam and Black mailing Obama and the DNC and US Government Stealing money Printing from me.

B.   **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* Illya Kornoff, is a citizen of the State of *(name)* California.

b.   If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)* News Corp., is a citizen of the State of *(name)* New York. *Or* is a citizen of *(foreign nation)* _____.

b.    If the defendant is a corporation

The defendant, *(name)* _Time Warner_, is incorporated under the laws of the State of *(name)* _New York_, and has its principal place of business in the State of *(name)* _New York_. *Or is* incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _~~Call~~ United States_.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain):*

_News Corp. #260 Million Stealing, PostSpam + Black mailing_
_Time Warner #825 Million Stealing, PostSpam and Black Mailing_
_Obama / DNC and US Government #100 Billion for Stealing Money printing_
_from me._

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

_See the attached complaint._

IV.     **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$260 Million and $520 Million for New Corp punitive damages Stealing Salvage Title to make Borat and $260 Million and for Posting spam and Black Mailing. $25 Million for Time Warner stealing posting spam and black mailing to make Inception and $25 Million. $1.6 Billion in punitive damage and Interest $100 Billion for Obama, The DNC and US Government for Stealing money Printing I will donate $75 billion from me. I will donate $75 billion.

V.      **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  _11/16_ , 20_17_.

Signature of Plaintiff       _Illya Konnoff_ "Pro Se"
Printed Name of Plaintiff    _Illya Konnoff_

Illya Konnoff, Elena Putina, Alexander Konnoff, Sergi Kournikova, Yuri Sharapova, ET AL.

Petitioner-Appellant,

v.

News Corp. Time Warner, US government, DNC, Barrack Obama, EPA, ET AL.

Respondent-Appelle

COMPLAINT

Goldburge 'Investment(s)' promised a loan for effectively $485,000 and didn't loan the money as promised otherwise Korunikova would have financed Salvage Title that would have financed movies I wrote. Serg Korunikova called to testify and or FBI transcripts Kournikova.com..... obtained can be called if this case needs to go to trail. This prevented me from making movies and money. Is part of Goldburge Investments buying farms in Australia? Possibly involving heads of governments... How much of Goldburge Investment(s ) is **<u>LESBIANS</u>**. My son told me my x wife 'friend' got divorced to become a lesbian.

I don't want to spend a lot of time on Goldburge Investments since they didn't honor the $485,000 loan to make movies and money that prevented me from being able to make movies financially forcing me to be extremely destitute living at home with my mom and dad and my dad mostly often stole the little money I have due to stealing, posting spam and blackmailing and blew it on dope. The stealing, posting spam and black mailing for over 10 years has made me homeless and unable to afford a woman.

They are trying to black mail me for posts to Newsgroups from over 10 years ago I did not post, attempted to report to the Davis Police department **numerous times** who had a legal duty and obligation to remove from numerous computers using cancel bots before I ever become involved the first time as did the doctors and anyone else who had knowledge of this and technical know how. It isn't nitpicking cause I attempted numerous times to sit down and have a conversation with then Police Chief Gonzales at the time or another officer could have volunteered to use cancel bots remove the illegal posts I didn't post and was unable to initiate that conversation formally. Scientology is another example of a group saying they care when they had the knowledge of cancel bots and knew how to use cancel bots to remove post to newsgroups. **Go after the posters.**

**This is all from a long time ago, over 10 years ago. Stealing, posting spam and blackmailing is illegal. They didn't pay the money they made stealing my movies to make movies and money, posting spam and black mailing for over 10 years. 1 recent example of spam was on CNN when I was in the hospital in Stockton, California. Their not black mailing with their money their black mailing with the money the made stealing from Alex and I. Another reason it is blackmailing under the guise of 'reporting' AFTER making over a billion dollars stealing Alex and my movies, money and money printing knowing Alex was being FORCE DRUGGED by his LESBIAN 'MOM' while they were stealing.**

**As part of a settlement of lawsuit I want Time Warner and News Corp to get on television and admit how much money they made stealing Alex and my movies and money and money printing while Alex was being force drugged by his lesbian mom knowing Alex has being FORCE DRUGGED by his LESBIAN 'MOM'.** The more money they made stealing and the longer they steal, post spam and black mail the worse it is and an award for punitive damages should include interest on the money they made stealing, (posting spam, 'reporting' numerous times the news from over 10 years

and black mailing AFTER making over a billion dollars stealing from Alex, Jacob and I while Alex was being FORCE DRUGGED by his LESBIAN 'MOM'. Quite simply if they didn't steal, post spam and black mail for the money then they can pay the money they made stealing, posting spam and blackmailing and live off >$900 a month? I doubt Murdoch could afford a woman 30 years younger than him on >$900 a month.

I was diagnosed with a learning disability in 1994 with hand writing and a thorough IQ tests which means I have to work harder and be more driven to write movies and make a lot of money on movies. Goldberg 'Investments' was before 'science' is how god made the universe. A friend Oleg Ponomarev and I were going to Russia to find a woman who could afford to make movies and money and I told Oleg "We should counterfeit Russian money to be able to afford to make movies." (and money). He said that would be hard to do. When I started researching and not being in a position of power it took me a few days to think the government doesn't need taxes it can print money instead when I started thinking about it. I'm not the only person to think of money printing over thousands of years. Refer to federal budget deficit 2006 v 2007 and since as proof the federal government particularly Obama and the DNC stole money printing from me.  A bank has been robbed more than once.

I retired from writing movies after writing numerous movies assuming I can sue the federal government particularly Obama and the DNC for stealing money printing from me to steal the elections. News Corp for stealing Salvage Title to make "Borat" and $260 million and stealing from my childhood to make Dreamscape and $12 million and stealing from me to make "Inception" and $825 million. **While I was writing The Dream Drug "Inception" was released.** "Inception" is a movie about Dreams and Corporate Espionage. The Dream Drug is a movie about a drug that allows people to do what they want during their dreams.

California law ( Code of Civil Procedure 352) allows me to sue when I am well enough to and aware of how much money they made stealing. Within the last year I became aware of how much money Time Warner made off "Inception". $825 million. **Stealing, posting spam and blackmailing also extends the statue of limitations.** News Corp stole Salvage Title to make "Borat" and $260 million and Time Warner stealing from my childhood to make "Inception" and $825 million. If I was never born and or they didn't steal my movies to make "Borat" and $260 million and "Inception" and $825 million they wouldn't have made over $1 billion stealing my movies, posting spam and blackmailing for financial gain. **Another element of this case is the constitutionality statute of limitations particularly in cases of stealing, posting spam, blackmailing and against the US government.**

**Billionaires Turner and Murdoch and or their attorneys were probably aware of the statue of limitations while stealing, posting spam and blackmailing for over 10 years and I believe that is why they posted spam and black mailed for over 10 years and the court should take this into consideration and interest on the money they made stealing in a punitive damage award. I think their 'legal' argument will be statute of limitations and their 'reporting' is spam not who posted the spam AFTER making over a billion dollars stealing Alex and my movies , money and money printing knowing Alex was being force drugged by his LESBIAN 'MOM' while stealing, posting spam and black mailing. It takes money to make movies and money to afford a woman and to buy a farm in Australia as far away from people and spam as the right woman and I can afford.**

They have been not only have been stealing and blackmailing they have posted spam for over 10 years to discourage taking this matter to court. **The court case should be how much money they made stealing Alex and my movies. Alex was writing movies when I bought him his second computer. And their posting spam and blackmailing nearly daily for over 10 years not just the statute of limitations.**

This case should be allowed to proceed on it merits. We could get into who put the spam there. I didn't. They posted spam to black mail to discourage or stop me from taking this case to mediation and court If need to. They stole posted spam and black mailing in the media Fox in Australia for over 10 years that is why I stopped reading the Australian news, watching Oreilly, CNN..... and I figured they would black mail in court that stopped me from taking this matter to mediation and court if if they won't pay what they made stealing, posting spam and black mailing. I think posting spam and blackmailing discouraged Elena Putina from answering the numerous emails I sent her. **Another reason I'm submitting this lawsuit to the court Elena Putina didn't answer after playing the Beatles song 'Let it Be, There will be an answer' on Pandora numerous times for years. See Exhbit 1.**

I remind the court as part of a settlement I want Timer Warner and Fox Creek News to get on television and admit how much money they made stealing Alex and my movie Salvage Title to make "Borat" and ($260 million). The Dream Drug to make "Inception" and ($825 million I learned within the last year) while Alex was being force drugged by his LESBIAN 'MOM'. **Murdoch and Turner had knowledge Alex was being FORCE DRUGGED by his LESBIAN 'MOM' then and did nothing to stop it and have black mailing since after making over $1 billion stealing Salvage Title to make "Borat" and The Dream Drug to make "Inception" and $825 million. Murdoch and Turner contributed to Alex's drugging having knowledge of Alex's drugging by his lesbian mom, his lesbian mom trying to steal his inheritance instead stealing, posting spam and blackmailing near daily instead of paying the money they made stealing while Alex was being force drugged by his lesbian mom and have posting spam and blackmailing for over 10 years.**

I attempted to share this info with an employee at Safe Harbor in Woodland, CA and report lesbians and gays as a genocidal hate group to the FBI and Woodland City Police took me to the hospital staff said I was unable to officially report this bureaucratic nightmare. I want an explanation from my

Psychiatrist why I "burned bridges" with Safe Harbor.

**Another part of this case is the government particularly Obama and the DNC stole money printing to stealing the elections and Obama putting a lesbian on the supreme court.** It is mostly Obama, the DNC, not a specif agency of the government. Even if they were considered a long standing government agency I ask the court to review the severe limitations of statue of limitations to sue government or government agencies on a case by case basis. **The courts judicial or jury review of government's policy or policies on government agencies would be the only relief in this situation.** Since this has happened I want the federal courts to have President Donald Trump appoint to new 2 supreme court justices to replace Justice Kagan and Justice Sotomayor.

**If I have to take the matter to court I ask the court for punitive damages for making money stealing my movies, money money printing, posting spam and blackmailing for over 10 years and money they would have never made** if I was never born and or they didn't steal my movies Salvage Title to make "Borat" and $260 million and The Dream Drug to make "Inception" and $825 million. God final judge to this and all matters taken to the courts.

The matter of there being god was or is being taken to court. **'Science' is how god made the universe.** God didn't just make women or men. God made man and woman to love not hate each other. Lesbians I dated or know of who had sex with women numerous times. Ruth, Margie, Jarman, Wallace, Angela, her 'friends' 1 I know of Nathleen, Billy Jean King, Navratolova, Kournikova. Maria Sharapova canceled her interview Katie Couric not for love, compassion or caring rather the hurricane that hit Texas then hurricanes that hit Puerto Rico, Cuba, Florida..... Lesbians keep making more people that keep cutting down more Redwood trees, trees, making more schools, colleges, universities, people, towns, cities, $CO_2$ and got us in the overpopulated mess Earth has become.

Al Gore made more selling to big oil $100 million than he did on 'his' environmental movie and made $50 million with data mostly provided by NASA shows **CO2 doubled since 2000**. **Fox News spent more time blackmailing than covering global warming due to CO2 in the atmosphere the has doubled since 2000**. From what I saw on CNN coverage of the fire in Eugene, Oregon wasn't on CNN. I ask the court to get the money they made stealing instead of letting them steal, posting spam and black mail for over 10 years.

I started believing in god over the last ~8 years after the stealing, posting spam and black mailing for over 10 years. Within the last few months I learned plants can see, hear smell and read our mind.  I suspected plants could see, hear and smell and didn't know plants could read our minds. Bing this for 3rd party confirmation. My theory is plants are the real gods and Redwoods the gods of plants. Plants stick gay meat eaters in black holes for making all the people and cities they made and all the Redwood trees they cut down. Gays are put in darkness alone when they die unable to move, see, hear or smell or love and alone for eternity. Bing plants can see, hear ,smell. Bing plants can read our mind. Plants have 11 photo receptors and humans 4 photo receptors. Plants convert photons into usable energy animals need.

I learned "Inception" made $825 million in the last year and Elena Putina or Ksenia Putina did not help much with what is mentioned in this lawsuit. I want to proceed on the merits of my case with mediation and trial if necessary for News Corp stealing my movie Salvage Title to make ""Borat"" and $260 million. I need to sue Time Warner for $825 million or settle for stealing The Dream Drug to make "Incepetion." I ask the court to grant punitive damages if the case goes to trail.

I need to sue News Corp and Time Warnerfor stealing, posting spam and black mailing since if a settlement can't be reached.  While I was writing The Dream Drug a movie about a drug that allows

people to do whatever they want in their Dreams "Inception" was released. The FBI suppose to stop them from stealing and do something about them stealing, posting spam and blackmailing for over 10 years and they didn't.

If they settle before court I will donate the $260 million News Corp made stealing Salvage Title to make "Borat" to Mitch McConnell and the top 10 republican members of congress after I get the $825 million Time Warner made off "Inception". If Time Warner settles I will give my movies to Time Warner and the $825 million after reacting a settlement of $100 billion for the government stealing money printing from me particularly Obama and the DNC.

I will donate $70 billion and $5 billion from $100 billion to the mediator(s) and judge(s) cause of the vast sum of money involved with primarily Obama and the DNC stealing money printing from me and stealing my movies, posting spam and blackmailing since. **They not only did this to Alex Konnoff they drugged Alex and did it. They don't care about Alex or the spam they posted they care about the money they made stealing, posting spam and blackmailing.** It would be better to print the money they made stealing. Money printing for the right reason puts more money in the economy.

Just cause they aren't carbon copies of my movies doesn't mean they didn't do illegal surveillance and steal my movies for financial gain. "Inception" is about corporate espionage and dreams. I ask for $100 billion for the US government Obama and the DNC for stealing money printing from me and 2 elections and nearly unlimited money, money printing (instead of taxes). I'm not the only 1 who thought of money printing. A bank has been robbed more than once. I will donate $75 billion of the $100 billion award to charity.

I want the government to replace taxes with money printing. People will pay no taxes after settling with the government. I will give away $75 of $100 billion from unlimited(money printing) to who I want **to**

**including $5 billion to mediator(s) and judge(s) involved if this matter is under judicial review due to the vast sums of money involved.** I don't want to have to sue this though I need to and or sue News Corp, Time Warner, federal government particularly Obama and the DNC. Money printing has great potential with gravity motors and printing money to replant trees and Redwood Trees slow global warming please continue reading for the scope of this lawsuit.

When I was working on my space elevator I though weight and 2 permanent magnets approximately the shape of a compass could be used for green energy and the price of gas dropped. Bing "gravity motors for more info." Near coastal cities a siphon, gravity motors and mirrors on telescopes can be used for green energy, desalinization and reduce the ocean level rise. I want to pay for this 1 or 2 or 3 ways. A tax on gas to put the price of gas where it was before I thought of gravity motors to pay for conversion to green energy and electric cars. **I remind the court income taxes will be replaced with money printing.**

On option 2 and or 3 would be better option. The following taxes would be effective on new vehicles sold now and an extra tax on existing SUV's, non commercial trucks and cars that get below 27 MPG A second tier tax on vehicles that get under 33 MPG and no vehicles that get over 40 MPG Effective 5 years from now on vehicles that get under 28 MPG and 7 years from now on vehicles that get under 33 MPG Much better than "Cash for clunkers."

Vehicles that get over 37 or more miles to the gallon would be eligible to a $5,000 rebate from the government. Hybrid vehicles that get at least 40 MPG would be eligible for a $7,500 rebate. All electric cars are eligible for a $15,000 rebate. $15,000 is $7,500 in 1990 money. Trump wants a better deal on reducing global warming and saving gas. Other countries agree to this and all countries agree to replace coal and natural gas with gravity motors or they get sued in court.

Governments print money to make gravity motors quicker than the utility companies can do alone. Money printing and the tax on inefficient SUV's and cars pay for quick charging stations. There is a technology that will allow engines to get near 70 MPG heating gas before it is injected for cars in rural zip codes and these fuel standards for rebates will be reevaluated by the EPA in 5 years. Solutions to global warming.

Any extra money from taxes on inefficient cars is donated to Arborday. It is important we take steps to reduce global warming. Every study has shown earth is heating faster than projected. AgPHD said farmers are spraying a lot more often for fungus in the southern US and bugs are heading north. On 1 episode of Agphd they said they pulled the trigger 3 times on bugs they weren't spraying for 10 years ago in the US. If we are not able to reverse global warming the oceans will rise over 200 feet causing earth quakes...... and even if we can gas conservation for use as fertilizer is a good long term goal.

**Bush wasted $6 trillion in that useless war in Iraq Trump denounced in 2004. $5 trillion for low and moderate income high rise housing above 300 feet**. Houses above 300 to 400 feet are subsided 50% up to $250,000 and developers can make up to 50% guaranteed by the federal government's money printer. They will be sold at ½ price depending on real estate market for $75,000 to $250,000. Due to decent paying jobs moving to China and other countries...... money printing is need for low and 'moderate' income housing and 67% owned homes in 2000 when Clinton left office. 62% in owned houses 2015 when Obama was president. This would get home ownership to up 62% to 75% depending on how many need to be relocated in the next 10, 25 to 50 years due to the ocean rising.

It's doctors job to sterilize people after 0, 1 or 2 children depending on income cause there is no shortage of poor people. Too many people and too much CO2 is killing Earth. In this last chance to increase smaller home ownership the goal is 70% to 75% home ownership **some above 300 feet** with

credit granted after 7 years then 5 years after defaults if enough don't qualify. 75% home ownership is the highest it has ever been and relives pressure on housing prices and rentals and would be great public relations for Trump and the Republican congress.

Trump should say I can print money. Tell the real truth about overpopulation, having to desalinate, $CO_2$ in the atmosphere particularly since 2000. Build some houses above 300 or 400 feet. Population growth has doubled since 1970 particularly in non industrialized nation. The US takes more immigrants than any other country cause nobody wants them. Solutions. We need to desalinate and build up cause there is too many people and can't keep printing money due to overpopulation inside and outside USA and nearly every other country. This is the last case by case 'reduced' amnesty in exchange for Guiana, French Guiana and Suriname.

It is for the Trump administration to decide if 'reduced' amnesty is less than or greater than the number Reagan granted in the 'last' amnesty to. The last amnesty will be reduced cause there is more and too many people now. Printing money for housing above 300 feet to 400 feet is better than the useless war in Iraq that cost ~$6 trillion and Trump denounced in 2004. If high rise housing is built high enough and right it can be earth quake resistant. Mexican President Nieto has a money printer too and needs time to build housing for illegal immigrants returning home above 300 feet and put desert into farm land production, pump water back in the ground.

The ocean rose less than 1/8 inch in the 20th Century and has risen 6 inches since 2000. We put more $CO_2$ in the atmosphere in the last 17 years than in 150 year since near the start of the industrial revolution. (https://en.wikipedia.org/wiki/Sea_level_rise). There has been censorship of global warming on wiki by oil companies and possibly Koch Brother financed groups. I remind the court Time Warner had no coverage of the fires in Eugene, Oregon during the fires and minimal or no

coverage since.  President Trump needs to make a deal with Nieto as to how much time he needs to build housing for illegal immigrants above 300 to 400 feet, how quickly and when can they return home including H1B visa's and unemployed, underpaid low and underpaid high skilled workers need to return home.

$1.5 trillion for 50 inch telescopes and **gravity motors**. During the day gravity motors and mirrors on telescopes create green energy and desalinate. They can also be used to peel the iron off Mars clockwise and melt it to stop atmosphere from being lost in space. During night they find habitable earth like exoplanets.

$1 to $5 trillion for the space train. The Pentagon spent $1.5 trillion on a  jet that doesn't work. Photon processors and AI will help build Space Trains. The Space Train uses waste heat from VASIMR plasma drives to produce electricity to heat the space train, for electricity and laser shielding. A VASMIR plasma drive uses a magnetic field to compress anything with atoms into a plasma. Anything with atoms can be turned into a plasma in a magnetic field including 'waste' heat for laser shielding.

$1 trillion to launch space craft to help for Mars exploration and to terraform Mars. Mirrors on telescopes are used to peel the iron off Mars and melt it so Mars atmosphere will be reformed.
$100 billion to FRC. $10 billion to signs. Science is HOW god made the universe. God did just make women or men god made man and woman to love not hate each other.
$1 trillion to Arbor Day.
$100 billion to Heritage Foundation.
$100 million to free legal services in USA
This money will create needed work and skilled work at NASA contractors in exciting fields and the work is needed in construction and technology given the high unemployment in USA. This amount of

money is near the amount Obama and the DNC stole from me and added to the national 'debt' and stole from me so far and is a much better use of money printing. Have congress reappoint the supreme court justices Obama appointed if they won't resign since Obama and the DNC stole money printing from me to steal the elections.

Everyone stands to gain from this settlement and or lawsuit. Mitch McConnell and the top 10 republican members of congress money from "Borat" News Corp and Murdoch would have never made if they didn't steal Salvage Title to make "Borat" if a settlement with the government and oil companies is reached without having to go to court. Congress' financial compensation can be reached in mediation. In court if necessary. Time Warner and Turner can make money off my top 3 and all my movies if a settlement with the government and oil companies is reached during mediation.

The more $CO_2$ stopped from being put in the atmosphere with "gravity motors" and removed by planting trees the longer money printing will help. Better than $50 billion "Cash for clunkers" people can get up to $15,000 off electric cars. ($7,500 in 1990 money) Electric cars have a higher initial cost. Low cost green energy and desalination. No doubt estate taxes will be eliminated by congress. I bet the democrats will use this in the next 2 elections. **I reminded the court the pentagon wasted $1.5 trillion on a jet fighter that doesn't work.** Taxes are replaced with money printing so no one pays taxes and everyone wins financially at the end. A much better deal than we have been getting for what time we have left while the oceans continue to rise and we die. Life is is test for the after life.

Singed, _____ 11/17/2017 "Pro Se"_